**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ELIZABETH WORKMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-00457-JMS-DKL |
| | ) | |
| NAVIENT SOLUTIONS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, ELIZABETH WORKMAN, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.


August 2, 2016           By: /s/ Samantha A. Jesulatis
                             Samantha A. Jesulaitis
                             SBN: 32375-32
                             Agruss Law Firm, LLC
                             4611 N. Ravenswood Ave.
                             Suite 201
                             Chicago, IL 60640
                             Tel: 312-224-4695
                             Fax: 312-253-4451
                             samantha@agrusslawfirm.com
                             Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On August 2, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Bonnie L. Martin, at Bonnie.Martin@ogletreedeakins.com.